AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| MICROSOFT CORPORATION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 14-cv-9697 R (PLAx) |
| BUY MORE, INC. et al. | ) | |
| *Defendant* | ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __09/25/2015__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 3-30-21

CLERK OF COURT



Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUY MORE, INC., a California corporation; AVERAPC, a business of unknown classification; MOJDEH ALAM, an individual, a/k/a MOJI ALAM and d/b/a AVERAPC; LAPTOP OUTLET CENTER INC., a California corporation; SIDE MICRO, INC., a business of unknown classification; MARYAM SAJJAD, an individual, d/b/a SIDE MICRO, INC.; MISSION SOFTWARES, a business of unknown classification a/k/a MISSION SOFTS; MOHSEN RAVANBAKHSH, an individual a/k/a MOHSEN RAVAN and d/b/a MISSION SOFTWARES a/k/a MISSION SOFTS; CALISTECH, a California corporation; VEHID ABDULLAHI, an individual a/k/a VICTOR ALLENI; SHAHRAM SHIRAZI, an individual, a/k/a | Case No. 14-cv-9697 R (PLAx)<br><br>JUDGMENT AGAINST DEFENDANTS BUY MORE, INC.; MOJDEH ALAM A/K/A MOJI ALAM; LAPTOP OUTLET CENTER INC., MARYAM SAJJAD; VEHID ABDULLAHI A/K/A VICTOR ALLENI A/K/A ABDULLAHI VEHID; AND SHAHRAM SHIRAZI A/K/A SHAWN SHIRAZ |

SHAWN SHIRAZ; and DOES 1 through 10,

      Defendants.

This action came for hearing before the Court on September 8, 2015, the Honorable Manuel L. Real, United States District Judge presiding, on the motion of Plaintiff Microsoft Corporation ("Microsoft") for summary judgment against defendants Buy More, Inc.; Mojdeh Alam a/k/a Moji Alam; Laptop Outlet Center, Inc.; Maryam Sajjad; Vehid Abdullahi a/k/a Victor Alleni a/k/a Abdullahi Vehid; and Shahram Shirazi a/k/a Shawn Shiraz (collectively, "Defendants").

The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED that,**

  1.  By their unauthorized distribution of Microsoft's trademarks and service mark in commerce and in connection with Microsoft Windows 7 and Office 2007 software, Defendants have infringed the following registered trademarks and service mark owned by Microsoft:

    a.  1,200,236 ("MICROSOFT");
    b.  1,872,264 ("WINDOWS");
    c.  2,744,843 (COLORED FLAG DESIGN);
    d.  3,361,017 (COLORED FLAG START BUTTON);
    e.  3,625,391 ("MICROSOFT OFFICE");
    f.  2,999,281 (COLOR FOUR SQUARE LOGO);
    g.  4,029,299 (OFFICE 2010 DESIGN);
    h.  2,188,125 ("OUTLOOK"); and
    i.  2,942,050 ("EXCEL").

/ / /
/ / /

2. Defendants have also infringed Microsoft's registered copyrights in the following works:

    a. TX 7-009-361 ("Windows 7");
    b. TX 6-504-552 ("Microsoft Office 2007");
    c. TX 6-524-399 ("Microsoft Office Excel 2007");
    d. TX 6-860-358 ("Microsoft Office Outlook 2007"); and
    e. TX 6-524-398 ("Microsoft Office Word 2007").

3. Defendants' use of Microsoft's marks has resulted in the placement in commerce of infringing items that are strikingly similar to genuine Microsoft, or Microsoft-licensed, programs that are or were likely to cause confusion, mistake or deception in the market as to the source of those items.

4. By their trafficking in counterfeit and illicit Microsoft Certificate of Authenticity Labels, Defendants have violated the Anti-Counterfeiting Amendments Act of 2004, 18 U.S.C. § 2318.

5. Defendants' distribution of infringing Microsoft software also constitutes federal false designation of origin, false description and false representation (15 U.S.C. § 1125 et seq.), and unfair competition under California common law.

6. For the reasons stated in the Court's Uncontroverted Findings of Fact and Conclusions of Law, the Court enters a permanent injunction against Defendants in the form and on the terms contained in its order entering that permanent injunction.

7. Microsoft is awarded $150,000 in statutory damages against Defendants, jointly and severally, under the Copyright Act.

8. Microsoft is awarded $1,800,000 in statutory damages against Defendants, jointly and severally, under the Lanham Act.

///
///

1    9.   In sum, Microsoft is awarded $1,950,000 in statutory damages against
2  Defendants, jointly and severally.
3    10.  This judgment shall accrue interest, compounded annually, pursuant to
4  28 U.S.C. § 1961.
5
6  DATED: September 24, 2015                  _____
7                                              HONORABLE MANUEL L. REAL
                                                United States District Judge

1 | Approved as to form and content.
2 | **PERKINS COIE LLP**
3 |
4 | By:/s/ Katherine M. Dugdale
        Katherine M. Dugdale
5 | Attorneys for Plaintiff Microsoft Corporation
6 |
7 |
8 |
...
28 |